# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150214(43)

Estate of ANDREW BALL, JR.
_____

KAREN ELAINE KEYWORTH, Personal
Representative for the Estate of ANDREW BALL,
JR. and ELAINE PULLEN BALL,
        Plaintiffs-Appellees,

v                                           SC: 150214
                                            COA: 314861
                                            Ct of Claims: 12-000128-MH
STATE OF MICHIGAN, DEPARTMENT OF
MILITARY AND VETERANS' AFFAIRS and
GRAND RAPIDS HOME FOR VETERANS,
        Defendants-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's July 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



a0921                                         Clerk